# Exhibit 2

**Infringement Claim Chart for U.S. Patent No. 7,554,126**

| '126 Claim Element | Elements in Accused Products |
|---|---|
| **[9.Pre]** A method for manufacturing a semiconductor light-emitting element comprising: | Defendants manufacture the Accused Products, including the flash LED incorporated into the Apple iPhone 13 (A2482 128GB) smartphone.<br><br> |

1



Flash module

Front

Back

2



The back of the accused chip (bottom left) matches figure 1 of U.S. Patent No. 11,799,059 (bottom right), owned by Nichia Corporation.

 

| [9.a] preparing a bare light-emitting element comprising an n-type semiconductor layer formed on a light-transmitting element substrate | On information and belief, in manufacturing the Accused Products, Defendants prepare a bare light-emitting element comprising an n-type semiconductor layer formed on a light-transmitting element substrate so as to cover the element substrate.<br><br> |
| --- | --- |

4

| | |
|---|---|
| so as to cover the element substrate; |  |
| [9.b] a p-type semiconductor layer formed on an area on the n-type semiconductor layer from which an area for the n-electrode on the n-type semiconductor | On information and belief, in manufacturing the Accused Products, Defendants include a p-type semiconductor layer formed on an area on the n-type semiconductor layer from which an area for the n-electrode on the n-type semiconductor layer is excluded, for emitting light in cooperation with the n-type semiconductor layer. |

5

| | |
|---|---|
| layer is excluded, for emitting light in cooperation with the n-type semiconductor layer; |  |
| **[9.c]** a first n-electrode that is a thin film formed on the area for the n-electrode of the n-type semiconductor layer; and | On information and belief, in manufacturing the Accused Products, Defendants include a first n-electrode that is a thin film formed on the area for the n-electrode of the n-type semiconductor layer. |

6



| | |
|---|---|
| **[9.d]** a first p-electrode that is a thin film formed on the p-type semiconductor layer; | On information and belief, in manufacturing the Accused Products, Defendants include a first p-electrode that is a thin film formed on the p-type semiconductor layer. |



| | |
|---|---|
| **[9.e]** forming a first insulating layer so as to insulate the first n-electrode and the first p-electrode from each other; | On information and belief, in manufacturing the Accused Products, a first insulating layer is formed so as to insulate the first n-electrode and the first p-electrode from each other. |



| | |
|---|---|
| **[9.f]** forming a second n-electrode on the first n-electrode and the first insulating layer as a thin film having an area larger than a joined face between the n-type | On information and belief, in manufacturing the Accused Products, a second n-electrode is formed on the first n-electrode and the first insulating layer as a thin film having an area larger than a joined face between the n-type semiconductor and the first n-electrode, so that the second n-electrode is electrically connected to the first n-electrode and is insulated from the first p-electrode by the first insulating layer. |

9

| semiconductor and the first n-electrode, so that the second n-electrode is electrically connected to the first n-electrode and is insulated from the first p-electrode by the first insulating layer; and |  |
| --- | --- |
| [9.g] forming a second p-electrode on the | On information and belief, in manufacturing the Accused Products, a second p-electrode is formed on the first p-electrode as a thin film having an area smaller than a joined face between the n-type semiconductor layer and the p-type semiconductor layer, so that the second p-electrode is electrically connected to the first p-electrode. |

| | |
|---|---|
| first p-electrode as a thin film having an area smaller than a joined face between the n-type semiconductor layer and the p-type semiconductor layer, so that the second p-electrode is electrically connected to the first p-electrode. |  |

